# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| JONATHAN ISAIC TOVAR-TOVAR, | Case No. 26-cv-02861-BAS-DDL |
|---|---|
| Petitioner, | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |
| v. | |
| TODD M. LYONS, *et al.*, | |
| Respondents. | |

Petitioner Jonathan Isaic Tovar-Tovar filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The Court held a hearing on the Petition. (ECF No. 11.)

For the reasons expressed at the hearing, the Court **GRANTS** the Petition. Specifically, the Court finds that Respondents' re-detention of Petitioner without notice and an opportunity to be heard violated his due process rights. *See Mathews v. Eldridge*, 424 U.S. 319, 334–35 (1976).

- 1 -

26cv2861

Accordingly, the Court issues the following writ:

Petitioner Jonathan Isaic Tovar-Tovar (A# 241-025-256) is ordered released forthwith on the same terms and conditions on which he was previously released. If the Department of Homeland Security believes revocation of his release is appropriate, then DHS must provide notice of changing the conditions of his release and an opportunity for Petitioner to be heard.

Further, the Court **TERMINATES AS MOOT** the Motion to Appoint Counsel (ECF No. 2) and the Motion for a Temporary Restraining Order (ECF No. 3). The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: June 5, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv2861